# OKED NEXTGEN TESTING